2
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| In re:<br><br>**WILLIAM L. ALTIG and**<br><br>**SHANON L. ALTIG**<br><br>Debtors. | Case No. 11-38602-D-7<br>DCN: SMD - 1<br><br>DATE: January 11, 2012<br>TIME: 10:00 a.m.<br>LOCATION: 501 I Street, 6th Floor<br>Department D<br>Courtroom 34 (6th Floor)<br>Sacramento, CA 95814 |
|---|---|

### MOTION TO APPROVE SALE OF PARTNERSHIP INTEREST

    SUSAN DIDRIKSEN ("Trustee") hereby moves for approval of the sale of the estate's ownership interest in Almond Orchard Dentistry Partnership to the debtors for $5,000, subject to overbidding at the hearing. In support thereof, it is respectfully represented that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on July 29, 2011. Trustee is the duly appointed trustee for the Debtors' estate.

2. Among the assets of the bankruptcy estate is the Debtors' 45% ownership in Almond Orchard Dentistry Partnership, a partnership, which the Debtors valued at $0 in their Schedule B.

3. The Debtors did not exempt any portion of the partnership interest in their Schedule C.

4. After review of the partnership, its assets and liabilities and income generation, the Trustee determined there was some value to the partnership primarily due to its income generation.

5. The Debtors through their attorney, Stephen Johnson, have offered $5,000 to purchase the bankruptcy estate's interest in the foregoing property, subject to bankruptcy court approval.

6. The purchase price to be paid by the Debtors will be due on court approval in the form of cashier's check.

7. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $500.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing.

8. Approving the sale is in the best interests of the estate.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Respectfully submitted,

Dated: December 3, 2011   /s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee